# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137446-7 (96)

JEFFREY HENDEE, MICHAEL HENDEE,
LOUANN DEMOREST HENDEE, and
VILLAGE POINT DEVELOPMENT, LLC,
        Plaintiffs-Appellees,

v

TOWNSHIP OF PUTNAM,
        Defendant-Appellant.

_____

SC: 137446-7
COA: 270594; 275469
Livingston CC: 04-020676-CZ

     On order of Chief Justice, the motion by plaintiffs-appellees for extension of time for filing their brief on appeal is considered and it is GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2009

Clerk